UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | '05 JAN -4 P5 :02 |
| Plaintiff, | SOFRON B. NEDILSKY CLERK |
| v. | Case No. 04-CR-248(RTR) |
| JEFFERSON N. CALIMLIM, ELNORA M. CALIMLIM, and JEFFERSON M. CALIMLIM, | [8 U.S.C. §§ 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i), 1324(a)(1)(A)(v)(I), and 18 U.S.C. §1001] |
| Defendants. | |

## SUPERSEDING INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

1. Between 1985 and September 29, 2004, in the State and Eastern District of Wisconsin and elsewhere, the defendants,

**JEFFERSON N. CALIMLIM,
ELNORA M. CALIMLIM,
and JEFFERSON M. CALIMLIM**

knowingly and recklessly disregarding the fact that an alien, "I.M.," had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection such alien in their residence and elsewhere.

2. The defendants harbored the alien for the purpose of private financial gain.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

1. Between 1985 and September 29, 2004, in the State and Eastern District of Wisconsin and elsewhere, the defendants,

**JEFFERSON N. CALIMLIM
ELNORA M. CALIMLIM,
and JEFFERSON M. CALIMLIM,**

knowingly and willfully did combine, conspire, and agree together and with others to harbor and conceal an alien for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

2. As part of the conspiracy:

   a. The defendants employed a female Filipino national, "I.M.," as a domestic worker between 1985 and September 29, 2004. The domestic worker was responsible for caring for the Calimlim children, cleaning the home, and preparing the family meals.

   b. The Filipino national lived and worked in the defendants' residence.

   c. The defendants promised the Filipino national that money would be sent to her family in the Phillippines as long as she continued to work for them.

   d. The defendants did not allow the Filipino national to leave their residence without supervision, and convinced her to submit to these conditions by threatening her with arrest, imprisonment, and deportation due to her status as an illegal alien.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about September 29, 2004, in the State and Eastern District of Wisconsin, in a matter within the jurisdiction of the United States Department of Justice, Federal Bureau of Investigation, the defendant,

### JEFFERSON M. CALIMLIM,

knowingly and willfully made a false material statement, in that the defendant informed a federal agent that he did not know the whereabouts of "I.M.," and had not seen her for a year when in fact, as he well knew, "I.M." resided at and was present in the same residence as the defendant at the time that he was questioned.

All in violation of Title 18, United States Code, Section 1001.

## SENTENCING ALLEGATIONS

As to counts one and two of the indictment, the alien was a vulnerable victim. *See* U.S.S.G. § 3A1.1(b).

## FORFEITURE NOTICE

Any property real or personal that was used to facilitate, or was intended to be used to facilitate the commission of the violations set forth in counts one and two, shall be subject to forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(6). The property subject to forfeiture include the following: the personal residence of Jefferson and Elnora Calimlim located at 19120 Stillpoint Trail, Brookfield, Wisconsin 53045.

A TRUE BILL:

FOREPERSON
Date: 1-4-2005

*[signature]*
STEVEN M. BISKUPIC
United States Attorney